No. 44092.—Protest 25284–K of C. J. Mentrup Co. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 was sustained.

No. 44093.—Protest 27113–K of Rogow & Fuse, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 40 percent under paragraph 339 was therefore sustained.

JULY 5, 1940

No. 44094.——Protest 18063–K of Ciba Co. Application by plaintiff for rehearing granted.

BEFORE THE SECOND DIVISION, JULY 11, 1940

No. 44095.—Protests 681981–G, etc., of Akawo & Co., Ltd., et al. (Boston).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44096.—Protest 783713–G of J. M. MacDonald Import Co. (Boston).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

No. 44097.—Protests 783716–G, etc., of John A. Conkey & Co. et al. (Boston).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44098.—Protests 817641–G, etc., of Roger F. Hooper (St. Albans).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44099.—Protest 926734–G, etc., of Jute Importers, Inc., et al. (Boston).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44100.—Protest 780730–G of Leigh Textile Co. (Boston).

Opinion by KINCHELOE, J. The protest was dismissed.